B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

In re    **Michael James Walker    Tina Marie Walker**                Case No.  **10-30133 SBB**
                                         Debtors                                                                       Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Chase | House loan. |
|  | **625 Radiant Drive** |
|  | **Loveland, CO 80538** |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain **Maintain Obligation Current** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **Norbel Credit Union** | House loan. |
|  | **625 Radiant Drive** |
|  | **Loveland, CO 80538** |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain **Maintain Obligation Current** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)  Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Richard L. and Stacy J. DeHart | **Describe Leased Property:**<br>Written residential lease scheduled to expire in Apr. '11, with the Debtors as Tenants. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES   ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>William H. and Sandy J. Herring | **Describe Leased Property:**<br>Written residential lease scheduled to expire in Aug. '10, with the Debtors as Landlords. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES   ☐ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **9/7/2010**

**s/ Michael James Walker**
**Michael James Walker**
Signature of Debtor

**s/ Tina Marie Walker**
**Tina Marie Walker**
Signature of Joint Debtor (if any)